DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
MAR 1 0 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
JOHN A JACKSON

Chapter 13
Case No. 04-1-0983 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $457.79 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0001 | CLERK OF THE COURT FOR CITICAPITAL COMMERCIAL CORP<br>P O BOX 140729<br>IRVING, TX 75014-1029 | $457.79 |

DATED: March 6, 2008

CECILIA MARCELO
Receipts Administrator